123 A.3d 327

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Jamal GLOVER, Petitioner.**

**No. 94 EM 2015.**

Supreme Court of Pennsylvania.

Sept. 29, 2015.

## *ORDER*

PER CURIAM

**AND NOW,** this 29th day of September, 2015, the Petition for a Remand and a Stay is **GRANTED** and this matter is **REMANDED** to the Court of Common Pleas of Philadelphia County for it to hold, within 45 days, a hearing per *Commonwealth v. Grazier,* 552 Pa. 9, 713 A.2d 81 (1998). The court is **DIRECTED** to issue its determination within 30 days of that hearing.

A Petition for Allowance of Appeal shall be due within 30 days of the common pleas court's adjudication of the *Grazier* issue.